| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See instructions for "Service of Process by U.S. Marshal"* ||
|---|---|---|
| PLAINTIFF<br>Timothy J. Burch, et al. | U.S. DISTRICT COURT<br>DISTRICT OF KANSAS<br>2007 DEC 13 P 4: 15<br>DEPUTY | COURT CASE NUMBER<br>07-3236-JAR |
| DEFENDANT<br>Don Jordan, et al. | | TYPE OF PROCESS<br>Waiver/Complaint/Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Don Jordan, Secretary Kansas Department of Social & Rehabilitation Services
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Docking State Office Building, 9th Floor, 915 S.W. Harrison, Topeka, KS 66612-1570

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Timothy J. Burch<br>Larned State Hospital<br>1301 KS Highway 264<br>Larned, KS 67550 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 17 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of:<br>INGRID CAMPBELL, ACTING CLERK | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>785-295-2610 | DATE<br>10/09/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>17 | District of Origin<br>No. 31 | District to Serve<br>No. 31 | Signature of Authorized USMS Deputy or Clerk | Date<br>OCT 1 1 2007 |
|---|---|---|---|---|---|

I hereby certify and return that ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | 8.00 | | |

REMARKS: A waiver, complaint and order were mailed by first class mail on 10/11/2007 to the above listed individual. An addressed envelope was enclosed for the waiver to be returned to the Clerk, U.S. District Court. No envelope has been returned to date rejecting the service by mail. 11/27/2007

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|